

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00350-CR

THOMAS KLIMKO                                                    APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

FROM COUNTY CRIMINAL COURT NO. 4 OF DENTON COUNTY
TRIAL COURT NO. CR-2013-02007-D

----------

## MEMORANDUM OPINION[1]

----------

Appellant's retained counsel filed a notice of appeal for appellant on August 27, 2014. The notice of appeal was eight days late, and counsel failed to file a motion in accordance with rule 10.5(b) providing a reasonable explanation for the late filing. *See* Tex. R. App. P. 10.5(b), 26.3. Appellant's counsel was disbarred on October 2, 2014. Therefore, we notified appellant of his counsel's

----

[1]*See* Tex. R. App. P. 47.4.

disbarment—and the late filing—and gave appellant an opportunity to show why his appeal should not be dismissed.  We have not received any response.

Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996) ("When a notice of appeal, but no motion for extension of time, is filed within the fifteen-day period, the court of appeals lacks jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for lack of jurisdiction.").

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 22, 2015

2